1  Laurence F. Padway (SBN 083914)
   **LAW OFFICES OF LAURENCE F. PADWAY**
2  1516 Oak Street, Suite 109
   Alameda, CA  94501
3  Telephone: (510) 814-6100
   Facsimile: (510) 814-0650
4
   Attorneys for Plaintiff
5  **DORIANNE SANTA**

6  DONALD P. SULLIVAN (State Bar No. 191080)
   **WILSON, ELSER, MOSKOWITZ,**
7    **EDELMAN & DICKER LLP**
   525 Market Street - 17th Floor
8  San Francisco, California  94105
   Telephone:     (415) 433-0990
9  Fax:           (415) 434-1370

10 Edna S. Kersting (State Bar No. 6277775)
   **WILSON, ELSER, MOSKOWITZ,**
11   **EDELMAN & DICKER LLP**
   55 West Monroe Street, Suite 3800
12 Chicago, Illinois 60603
   Telephone:     (312) 821-6162
13 Fax:           (312) 704-1522

14 Attorneys for Defendant
   **PRINCIPAL LIFE**
15 **INSURANCE COMPANY**

16

17                    **UNITED STATES DISTRICT COURT**

18                    **EASTERN DISTRICT OF CALIFORNIA**

19                        **SACRAMENTO DIVISION**

20

21 DORIANNE SANTA,                )
                                  )  CASE NO.: 2:12-cv-01821-JAM-JFM
22              Plaintiff,        )
                                  )  **STIPULATION TO EXTEND**
23     vs.                        )  **DISCOVERY CUTOFF**
                                  )
24 CURTIS AND ARATA, PC, *also known as* )
   Curtis Legal Group and PRINCIPAL LIFE )
25 INSURANCE COMPANY,             )
                                  )
26                                )
              Defendants.         )
27 _____)

                                  1
28
                                    Stipulation to Dismiss Curtis & Arrata, PC
                                    Case No.: 2:12-cv-01821-JAM-JFM

**Error! Unknown document property name.**

Whereas, the Minute Order of November 20, 2012 scheduled the close of discovery in this action for benefits due under a long term disability plan subject to ERISA for April 30, 2013; and

Whereas, the parties require a short extension of time to complete discovery while accommodating the calendar of counsel and witnesses;

Now, therefore, the parties stipulate to that the close of discovery be extended to May 17, 2013.

This stipulation will not affect the ability of the parties to comply with the other deadlines set forth in the Minute Order.

Date: April 29, 2013        LAW OFFICE OF LAURENCE PADWAY


By:   */s/ Laurence F. Padway*
         LAURENCE PADWAY
         Attorney for Plaintiff
         Dorianne Santa


Date: April 29, 2013        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP


By:   */s/ Edna S. Kersting*
         EDNA S. KERSTING
         DONALD P. SULLIVAN
         Attorney for Defendant
         Principal Life Insurance Company


**ORDER**

**IT IS SO ORDERED.**


Date:  4/29/2013        /s/ John A. Mendez
                                 HONORABLE JOHN A. MENDEZ
                                 JUDGE, U.S. DISTRICT COURT