**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DORIANNE SANTA,<br><br>         Plaintiff,<br><br>vs.<br><br>CURTIS AND ARATA, PC, *also known as* Curtis Legal Group and PRINCIPAL LIFE INSURANCE COMPANY,<br><br>         Defendants. | CASE NO.: 2:12-cv-01821-JAM-JFM<br><br>**ORDER DISMISSING DEFENDANT CURTIS AND ARATA, PC** |

PURSUANT TO STIPULATION, IT IS SO ODERED.  Defendant Curtis and Arata PC, also known as Curtis Legal Group is hereby dismissed from this action.

Dated:  May 30, 2013               /s/ John A. Mendez
                                   Hon. John A. Mendez
                                   United States District Court Judge