**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DORIANNE SANTA, | ) |
| Plaintiff, | ) CASE NO.: 2:12-cv-01821-JAM-JFM ) |
| vs. | ) **ORDER DISMISSING DEFENDANT** ) **CURTIS AND ARATA, PC** |
| CURTIS AND ARATA, PC, *also known as* Curtis Legal Group and PRINCIPAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

PURSUANT TO STIPULATION, IT IS SO ODERED.  Defendant Curtis and Arata PC, also known as Curtis Legal Group is hereby dismissed from this action.

Dated: May 30, 2013          /s/ John A. Mendez
                              Hon. John A. Mendez
                              United States District Court Judge

1