Laurence F. Padway (SBN 083914)
**LAW OFFICES OF LAURENCE F. PADWAY**
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff
**DORIANNE SANTA**

DONALD P. SULLIVAN (State Bar No. 191080)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street - 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Fax:          (415) 434-1370

Edna S. Kersting (State Bar No. 6277775)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Telephone:    (312) 821-6162
Fax:          (312) 704-1522

Attorneys for Defendant
**PRINCIPAL LIFE
INSURANCE COMPANY**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DORIANNE SANTA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CURTIS AND ARATA, PC, *also known as* Curtis Legal Group and PRINCIPAL LIFE INSURANCE COMPANY,<br><br>        Defendants. | CASE NO.: 2:12-cv-01821-JAM-JFM<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT** |


Whereas, the Minute Order of November 20, 2012 scheduled Plaintiff's opposition and reply brief to be filed no later than July 2, 2013; and

Whereas, Laurence F. Padway, counsel for plaintiff, advises that he underwent knee surgery on June 19, 2013 and has been advised by his physician not to return to work until July 1, 2013, and accordingly he requests an extension of time to file the brief which is now due on July 2, 2013;

Now, therefore, the parties stipulate to extend the briefing schedule as follows:

    Plaintiff's Opposition and Reply Brief due July 16, 2013

    Defendant's Reply Brief due July 30, 2013

The motion is set for hearing on August 21, 2013.  The parties do not require an extension on the hearing date, but the Court may prefer an extension in light of the change in the briefing schedule.

This stipulation will not affect the ability of the parties to comply with the other deadlines set forth in the Minute Order.

Date: June 27, 2013    LAW OFFICE OF LAURENCE PADWAY

    By:  */s/ Laurence F. Padway*
    LAURENCE PADWAY
    Attorney for Plaintiff
    Dorianne Santa

Date: June 27, 2013    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

    By:  */s/ Edna S. Kersting*
    EDNA S. KERSTING
    DONALD P. SULLIVAN
    Attorney for Defendant
    Principal Life Insurance Company

## **ORDER**

**IT IS SO ORDERED.** The hearing date of August 21, 2013 at 9:30 a.m. will be maintained.

Date: 6/28/2013

                                         /s/ John A. Mendez
                                         HONORABLE JOHN A. MENDEZ
                                         JUDGE, U.S. DISTRICT COURT