Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Dorianne Santa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIANNE SANTA | No. 2:12-cv-01821-JAM-JFM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| | Date: August 28, 2013 |
| CURTIS AND ARATA, P.C., also known as CURTIS LEGAL GROUP, and PRINCIPAL LIFE INSURANCE COMPANY, | Time: 9:30 a.m. Ctrm: 6 |
| | Hon. John A. Mendez |
| Defendants. | |

Whereas, the motion for summary judgment originally noticed for August 21, 2013 was rescheduled by the Court to August 28, 2013; and

Whereas, prior to the rescheduling of the hearing by the Court, counsel for Plaintiff had made vacation plans to meet his youngest son, who is returning from foreign travel, on the East coast from August 27 to September 2. For a number of reasons, this trip cannot be rescheduled, and much of the cost has been paid and is not refundable.

//

//

The parties have conferred, and for the foregoing reasons, they hereby stipulate to continue the hearing date to September 11, 2013.

Date: August 21, 2013           LAW OFFICE OF LAURENCE PADWAY

                                By:   */s/ Laurence F. Padway*
                                      LAURENCE PADWAY
                                      Attorney for Plaintiff
                                      Dorianne Santa

Date: August 21, 2013           WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP

                                By:  */s/ Edna S. Kersting*
                                     EDNA S. KERSTING
                                     Donald P. Sullivan
                                     Attorney for Defendant
                                     Principal Life Insurance Company


<u>ORDER CONTINUING HEARING</u>

Good cause appearing, the hearing on the motions for summary judgment are continued from August 28, 2013 to September 11, 2013 at 9:30 a.m.

Date:   8/21/2013               /s/ John A. Mendez
                                Honorable John A. Mendez
                                Judge, U.S. District Court