Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Dorianne Santa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIANNE SANTA | No. 2:12-cv-01821-JAM-JFM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| | Date: August 28, 2013<br>Time: 9:30 a.m. |
| CURTIS AND ARATA, P.C., also known as CURTIS LEGAL GROUP, and PRINCIPAL LIFE INSURANCE COMPANY, | Ctrm: 6 |
| | Hon. John A. Mendez |
| Defendants._____/ | |

  Whereas, the motion for summary judgment originally noticed for August 21, 2013 was rescheduled by the Court to August 28, 2013; and

  Whereas, prior to the rescheduling of the hearing by the Court, counsel for Plaintiff had made vacation plans to meet his youngest son, who is returning from foreign travel, on the East coast from August 27 to September 2. For a number of reasons, this trip cannot be rescheduled, and much of the cost has been paid and is not refundable.

//

//

1   The parties have conferred, and for the foregoing reasons, they hereby stipulate to continue
2   the hearing date to September 11, 2013.

4   Date: August 21, 2013                LAW OFFICE OF LAURENCE PADWAY

6                                        By:    /s/ Laurence F. Padway
7                                               LAURENCE PADWAY
                                                Attorney for Plaintiff
                                                Dorianne Santa

9   Date: August 21, 2013                WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP

11                                       By:  /s/ Edna S. Kersting
                                              EDNA S. KERSTING
12                                            Donald P. Sullivan
                                              Attorney for Defendant
13                                            Principal Life Insurance Company

16                              ORDER CONTINUING HEARING

18   Good cause appearing, the hearing on the motions for summary judgment are continued
19   from August 28, 2013 to September 11, 2013 at 9:30 a.m.

20   Date:  8/21/2013                    /s/ John A. Mendez
21                                       Honorable John A. Mendez
                                         Judge, U.S. District Court