DONALD P. SULLIVAN (State Bar No. 191080)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street - 17th Floor
San Francisco, California  94105
Telephone:   (415) 433-0990
Fax:             (415) 434-1370

EDNA S. KERSTING (State Bar No. 6277775)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Telephone:   (312) 821-6162
Fax:             (312) 704-1522

Attorneys for Defendant
**PRINCIPAL LIFE**
**INSURANCE COMPANY**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DORIANNE SANTA, | CASE NO.: 2:12-cv-01821-JAM-JFM |
|                    Plaintiff, | Assigned for all purposes to: |
| vs. | The Honorable John A. Mendez |
| CURTIS AND ARATA, PC, *also known as* Curtis Legal Group and PRINCIPAL LIFE INSURANCE COMPANY, | STIPULATION AND ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT |
|                    Defendants. | Date: September 18, 2013<br>Tim: 9:30 a.m.<br>Courtroom: 6 |

Whereas, the parties' cross-motions for summary judgment originally noticed for August 21, 2013 was recently rescheduled by the Court from September 11, 2013 to September 18, 2013; and

1

Defendant Principal Life Ins. Co.'s Stipulation and Proposed Order Continuing Hearing on Motions for Summary Judgment
Case No.: 2:12-cv-01821-JAM-JFM

**Error! Unknown document property name.**

Whereas, prior to the rescheduling of the hearing by the Court to September 18, 2013, counsel for Defendant had committed herself to obligations, both familial and professional, which cannot be cancelled or rescheduled and which conflict with the September 18, 2013 hearing date.

The parties have conferred, and for the foregoing reasons, they hereby stipulate to continue the hearing date to September 25, 2013.

Date: September 5, 2013                    LAW OFFICE OF LAURENCE PADWAY

                                                By: */s/ Laurence F. Padway*
                                                LAURENCE PADWAY
                                                Attorney for Plaintiff
                                                Dorianne Santa

Date: September 5, 2013                    WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP

                                              By: */s/ Edna S. Kersting*
                                                EDNA S. KERSTING
                                                Donald P. Sullivan
                                                Attorney for Defendant
                                                Principal Life Insurance Company

## **ORDER CONTINUING HEARING**

Good cause appearing, the hearing on the motions for summary judgment are continued from September 18, 2013 to September 25, 2013 at 9:30 a.m.

Date:   9/5/2013                                         /s/ John A. Mendez
                                                                Honorable John A. Mendez
                                                                Judge, U.S. District Court

**Error! Unknown document property name.**