1  DONALD P. SULLIVAN (State Bar No. 191080)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street - 17th Floor
3  San Francisco, California 94105
   Telephone: (415) 433-0990
4  Fax: (415) 434-1370

5  EDNA S. KERSTING (State Bar No. 6277775)
   **WILSON, ELSER, MOSKOWITZ,**
6    **EDELMAN & DICKER LLP**
   55 West Monroe Street, Suite 3800
7  Chicago, Illinois 60603
   Telephone: (312) 821-6162
8  Fax: (312) 704-1522

9  Attorneys for Defendant
   **PRINCIPAL LIFE**
10 **INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DORIANNE SANTA, | CASE NO.: 2:12-cv-01821-JAM-JFM |
|             Plaintiff, | Assigned for all purposes to: |
| vs. | The Honorable John A. Mendez |
| CURTIS AND ARATA, PC, *also known as* Curtis Legal Group and PRINCIPAL LIFE INSURANCE COMPANY, | STIPULATION AND ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT |
|             Defendants. | Date: September 18, 2013<br>Tim: 9:30 a.m.<br>Courtroom: 6 |

Whereas, the parties' cross-motions for summary judgment originally noticed for August 21, 2013 was recently rescheduled by the Court from September 11, 2013 to September 18, 2013; and

1

Defendant Principal Life Ins. Co.'s Stipulation and Proposed Order Continuing Hearing on Motions for Summary Judgment
Case No.: 2:12-cv-01821-JAM-JFM

**Error! Unknown document property name.**

Whereas, prior to the rescheduling of the hearing by the Court to September 18, 2013, counsel for Defendant had committed herself to obligations, both familial and professional, which cannot be cancelled or rescheduled and which conflict with the September 18, 2013 hearing date.

The parties have conferred, and for the foregoing reasons, they hereby stipulate to continue the hearing date to September 25, 2013.

Date: September 5, 2013                    LAW OFFICE OF LAURENCE PADWAY

                                                                By: */s/ Laurence F. Padway*
                                                                    LAURENCE PADWAY
                                                                    Attorney for Plaintiff
                                                                    Dorianne Santa

Date: September 5, 2013                    WILSON, ELSER, MOSKOWITZ,
                                                                    EDELMAN & DICKER LLP

                                                                  By: */s/ Edna S. Kersting*
                                                                    EDNA S. KERSTING
                                                                    Donald P. Sullivan
                                                                    Attorney for Defendant
                                                                    Principal Life Insurance Company

## **ORDER CONTINUING HEARING**

Good cause appearing, the hearing on the motions for summary judgment are continued from September 18, 2013 to September 25, 2013 at 9:30 a.m.

Date:   9/5/2013                                              /s/ John A. Mendez
                                                                                   Honorable John A. Mendez
                                                                                   Judge, U.S. District Court

2

Defendant Principal Life Ins. Co.'s Stipulation and Proposed Order Continuing Hearing on Motions for Summary Judgment
Case No.: 2:12-cv-01821-JAM-JFM

**Error! Unknown document property name.**