# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DORIANNE SANTA, ) | CASE NO.: 2:12-cv-01821-JAM-JFM |
| Plaintiff, ) | |
| ) | Assigned for all purposes to: |
| vs. ) | The Honorable John A. Mendez |
| ) | |
| CURTIS AND ARATA, PC, *also known as* ) | ORDER ON PARTIES' CROSS MOTIONS |
| Curtis Legal Group and PRINCIPAL LIFE ) | FOR SUMMARY JUDGMENT |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Dorianne Santa and Defendant Principal Life Insurance Company have filed cross-motions for summary judgment, which were heard in open court on October 11, 2013, counsel for Plaintiff, Laurence Padway, and counsel for Defendant, Edna S. Kersting, present and arguing.

Based on the files, records, and proceedings herein, and for the reasons stated in open court as reflected in the transcript of the proceedings held on October 11, 2013:

IT IS ORDERED THAT:

Plaintiff Dorianne Santa's motion for summary judgment is denied and Principal Life Insurance Company's motion for summary judgment is granted.

Date:   11/14/2013                                              /s/ John A. Mendez
                                                                                       Honorable John A. Mendez
                                                                                       Judge, U.S. District Court

1615314.1