1
2
3
4
5
6
7
8
9
10
11
12
13

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

14
15  DORIANNE SANTA,

               Plaintiff,

16

     vs.

17

18  CURTIS AND ARATA, PC, *also known as* Curtis Legal Group and PRINCIPAL LIFE INSURANCE COMPANY,

19

20                 Defendants.

21

     )
     )  CASE NO.: 2:12-cv-01821-JAM-JFM
     )
     )  Assigned for all purposes to:
     )  The Honorable John A. Mendez
     )
     )  ORDER ON PARTIES' CROSS MOTIONS
     )  FOR SUMMARY JUDGMENT
     )
     )
     )
     )
     )

22       Plaintiff Dorianne Santa and Defendant Principal Life Insurance Company have filed cross-

23  motions for summary judgment, which were heard in open court on October 11, 2013, counsel for

24  Plaintiff, Laurence Padway, and counsel for Defendant, Edna S. Kersting, present and arguing.

25
26
27

1

28

1615314.1

1        Based on the files, records, and proceedings herein, and for the reasons stated in open court as

2 reflected in the transcript of the proceedings held on October 11, 2013:

3        IT IS ORDERED THAT:

4

5        Plaintiff Dorianne Santa's motion for summary judgment is denied and Principal Life

6 Insurance Company's motion for summary judgment is granted.

7

8 Date:   11/14/2013                  /s/ John A. Mendez_____

9                                         Honorable John A. Mendez

10                                         Judge, U.S. District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                   2

28                       Proposed Order on Parties' Cross-Motions for Summary Judgment